# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3783

_____

Latasha L. Childs,                              *
                                                *
        Appellant,                        *
                                                *   Appeal from the United States
    v.                                          *   District Court for the
                                                *   Eastern District of Arkansas.
Mindy Howard, Records, McPherson                *
Unit, Wackenhut Correctional Facility,          *   **[UNPUBLISHED]**
                                                *
        Appellee.                         *

_____

Submitted:  December 21, 2000
Filed:   December 21, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Latasha L. Childs claimed her parole-eligibility date had passed and asked for an award of good time credit, her release, and damages. The district court[1] dismissed her complaint, finding she could not challenge the fact or length of her confinement in this proceeding. Based on our review of the record, we

---

[1]The HONORABLE STEPHEN M. REASONER, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the HONORABLE H. DAVID YOUNG, United States Magistrate Judge for the Eastern District of Arkansas.

affirm, but modify the dismissal to be without prejudice.  <u>See</u> 8th Cir. R. 47B; <u>Sheldon v. Hundley</u>, 83 F.3d 231, 232-34 (8th Cir. 1996) (prisoner cannot use damages suit to avoid established procedures, like habeas corpus, for challenging lawfulness of fact or length of confinement).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.